UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| PROGRESSIVE INSURANCE COMPANY ) | |
| ) | |
| v. ) | Civil Action No. 2:10-0013 |
| ) | Judge Campbell/Knowles |
| DONNIE WILLIAMS ) | |
| d/b/a WILLIAMS TRUCKING ) | |

**O R D E R**

The Defendant in this action has filed a Notice of Bankruptcy (Docket Entry No. 22) which states that the Defendant, Donnie Williams d/b/a Williams Trucking, has filed a Chapter 13 bankruptcy proceeding in the United States Bankruptcy Court for the Middle District of Tennessee. This action is subject to an automatic stay pursuant to 11 U.S.C. § 362, and may be administratively closed pending the bankruptcy proceedings of the Defendant.

The Clerk is directed to forward the file to the Honorable Todd J. Campbell for entry of an appropriate order. Accordingly, the Case Management Conference scheduled for Wednesday, April 14, 2010, at 10:00 a.m. is CANCELLED, and there will be no further proceedings before the Magistrate Judge.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge