UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PROGRESSIVE INSURANCE CO.        )
                                 )
v.                               )    NO. 2:10-0013
                                 )    JUDGE CAMPBELL
DONNIE WILLIAMS,                 )
d/b/a Williams Trucking          )

ORDER

In light of the Notice of Bankruptcy (Docket No. 22) filed by Defendant, this case is STAYED and the Clerk shall close it administratively, pending further order of the Court. The parties shall promptly file a notice when the Defendant's bankruptcy case is concluded or the automatic stay pursuant to 11 U.S.C. § 362 is otherwise terminated.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE