IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PROGRESSIVE INSURANCE CO.    )
                             )
v.                           ) NO. 2:10-0013
                             ) JUDGE CAMPBELL
DONNIE WILLIAMS              )

ORDER

Pending before the Court is Plaintiff's Motion for Removal of Stay of Litigation and to Proceed with Scheduling Conference (Docket No. 27). In light of this Court's recent Order (Docket No. 26), Plaintiff's Motion is denied as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE