UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **PROGRESSIVE INSURANCE COMPANY** ) | |
| ) | |
| v. ) | Civil Action No. 2:10-0013 |
| ) | Judge Campbell/Knowles |
| **DONNIE WILLIAMS** ) | |
| **d/b/a WILLIAMS TRUCKING** ) | |

### O R D E R

The Initial Case Management Conference in this action is hereby set for **Wednesday, July 28, 2010, at 11:00 a.m.** Counsel for the Plaintiff shall serve a copy of this Order on any Defendants who have not yet entered an appearance.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge