UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

**PROGRESSIVE INSURANCE COMPANY** )
)
**v.** ) Civil Action No. 2:10-0013
) Judge Campbell/Knowles
**DONNIE WILLIAMS d/b/a** )
**WILLIAMS TRUCKING** )

**O R D E R**

Pending before the Court is Plaintiff's Motion to Appear at the Initial Case Management Conference via Telephone. Docket No. 30. This motion is denied as moot. The Initial Case Management Conference scheduled for Wednesday, July 28, 2010, is CANCELLED. Deadlines for progression of this case will be established in a separate order.

The Clerk's Office shall send this Order to Mr. Williams at 203 S. Young Street, Sparta, Tennessee, 38583.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge