UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PROGRESSIVE INSURANCE CO., )
        Plaintiff, )
v. ) NO. 2:10-0013
) JUDGE CAMPBELL
) MAGISTRATE JUDGE KNOWLES
DONNIE WILLIAMS d/b/a WILLIAMS )
TRUCKING, )
        Defendant. )

### ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 37), to which no Objections have been filed. Pursuant to 28 U.S.C. 636(b)(1), Fed. R. Civ. P. 72(b)(5) and Local Rule 72.03(b)(3), the Court has reviewed the Report and Recommendation *de novo* and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Plaintiff's Motion for Summary Judgment (Docket No. 34) is GRANTED.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                                             */s/ Todd Campbell*
                                                             TODD J. CAMPBELL
                                                             UNITED STATES DISTRICT JUDGE